# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

JOSEPH D. HUMPHREYS,              )
                                  )
                  Plaintiff,      )
                                  )
          v.                      ) No. CIV-09-421-FHS-KEW
                                  )
MICHAEL J. ASTRUE,                )
Commissioner Social Security      )
Administration,                   )
                                  )
                  Defendant.      )

## ORDER

On February 14, 2011, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. On February 25, 2011, defendant filed an objection. In that objection, defendant objects to the portion of the Report and Recommendation which gives additional time to plaintiff to collect and submit medical records from a specific doctor. Defendant contends plaintiff has had sufficient time to submit these records. The court has reviewed the objection and overrules it.

The Findings and Recommendations suggest that the case be **REVERSED AND REMANDED** for further administrative proceedings. This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Secretary's decision be **REVERSED AND REMANDED**.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and

Order.  Accordingly, this case is **REVERSED AND REMANDED** to the defendant under the fourth sentence of 42 U.S.C. §405(g) for proceedings consistent with this order.

**IT IS SO ORDERED** this 1st day of March, 2011.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma